IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| C.C.G., *et al.*, | * | |
| Petitioners, | * | |
| vs. | * | CASE NOS. |
| | | 7:25-cv-132-CDL-AGH (C.C.G.) |
| WARDEN, IRWIN DETENTION CENTER, *et al.*, | * | 7:25-cv-149-CDL-AGH (J.S.L.H.) |
| | * | |
| Respondents. | | |
| | * | |

O R D E R

Petitioners are presently detained at the Irwin Detention Center. Each Petitioner filed a petition for a writ of habeas corpus, asserting that Petitioner is entitled to a discretionary bond hearing under 8 U.S.C. § 1226(a). These actions appear to involve the same issue: whether Petitioners are detained under 8 U.S.C. § 1225(b)(2) or 8 U.S.C. § 1226(a). *See J.A.M. v. Streeval*, No. 4:25-CV-342 (CDL), 2025 WL 3050094 (M.D. Ga. Nov. 1, 2025). Within seven days of today's order, the parties shall show cause why these actions should not be consolidated under Federal Rule of Civil Procedure 42. If Respondents' counsel has not made an entry of appearance yet in these cases, the Clerk shall serve this Order upon Middle District U.S. Attorneys Bowen Shoemaker and Roger Grantham.

IT IS SO ORDERED, this 4th day of _November, 2025.

                                          S/Clay D. Land
                                          CLAY D. LAND
                                          U.S. DISTRICT COURT JUDGE
                                          MIDDLE DISTRICT OF GEORGIA